**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00682-WJM

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

      Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
TIM COX,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER,

      Defendants.

---

**ORDER DISCHARGING ORDERS TO SHOW CAUSE**

---

This matter is before the Court on Responses of certain Defendants (ECF No. 12, 14, 15) to this Court's Orders seeking certain information from Defendants regarding the removal of this action from state court to this Court (ECF No. 10, 11).

Specifically, on March 21, 2012, this Court directed Defendants Sherwood Partners, LLC and Newforth Partners, LLC to file responses and declarations attesting to the domicile and state of citizenship of each of their officers and members.  (ECF No. 10.)  Based on the information currently before the Court in those Defendants' Responses (ECF No. 12, 14), Plaintiff's Complaint in the state court action (ECF No. 5-1), and the record as a whole, it appears that there is complete diversity of citizenship between Plaintiff and Defendants in this action.

Also, on March 23, 2012, the Court issued an Order to Show Cause why this action should not be remanded, given that only three of the five named defendants filed or timely joined in the Notice of Removal filed in this action. (ECF No. 11.) The Response of Defendants Dhando Investments, Inc., Robert Hoffer, and Newforth Partners, LLC pointed out, *inter alia*, that the other two Defendants in the state court action filed a separate, timely Notice of Removal (case number 12-cv-00683-CMA in this Court). (ECF No. 15.) Although Defendants Dhando Investments, Inc., Robert Hoffer, and Newforth Partners, LLC did not provide case law authority supporting their position that this should be treated as timely consent to removal by all Defendants to this action, the Court has found such authority. *See, e.g.*, *Ellerbee v. Union Zinc, Inc.*, 881 F. Supp. 162, 164 (E.D. Pa. 1995); *Anne Arundel Cnty., Md. v. United Pac. Ins. Co.*, 905 F. Supp. 277, 278 (D. Md. 1995).

In accordance with the foregoing, the Court's Order to Show Cause (ECF No. 11) is hereby DISCHARGED.

Dated this 30th day of March, 2012.

BY THE COURT:

_____

William J. Martínez
United States District Judge