IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

      Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
TIM COX, an individual,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2012.**

      Before the Court is Defendants' Partially Unopposed Joint Motion to Vacate Early Neutral Evaluation Dates and Suspend Early Neutral Evaluation Process [filed August 29, 2012; docket 40]. The Defendants jointly request that the Court vacate in its entirety the Early Neutral Evaluation (ENE) scheduled in this case for September 18, 2012. The Plaintiff does not object to rescheduling the ENE, but objects to vacating evaluation altogether.

      An ENE is a voluntary process for all parties in a case; thus, if a party is unwilling or unprepared to participate in an ENE, the process simply will not work. Thus, although the Plaintiff may desire to proceed, the Court will not require any party to participate in an ENE or other alternative dispute resolution. Accordingly, the motion is **granted** and the ENE currently scheduled for September 18, 2012 is **vacated**. Should current circumstances change in this case, the parties may seek this Court's assistance in an ENE or settlement conference by filing a motion in accordance with D.C. Colo. LCivR 16.6.