IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

      Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
TIM COX, an individual,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2013**.

Plaintiff's Motion to Amend/Modify Scheduling Order [filed February 1, 2013; docket #51] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1D, which requires that any motion for extension of time "state a date certain for the requested extension of time." The Court notes that the motion currently is partially opposed; thus, to the extent the Plaintiff chooses to re-file the motion and it is unopposed by some or all Defendants, the Court encourages the parties to work together to propose new deadlines for discovery as set forth in the governing Scheduling Order.