IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

    Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
TIM COX, an individual,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2013.**

    The "Joint Motion for Protective Order" [filed May 1, 2013; docket #83] is **denied without prejudice**. The document filed and characterized as a "motion" is actually a proposed order. To the extent they wish to re-file, the parties are directed to file a motion for entry of the protective order and attach a copy of the proposed order to the motion. Further, the parties shall ensure that the Court receives copies of the proposed order in useable format (Word, Word Perfect).