### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 12-cv-00682-WJM

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

    Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
TIM COX,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER,

    Defendants.

---

## ORDER GRANTING MOTION TO VACATE

---

This matter is before the Court on Plaintiff Digital Advertising Displays Inc, ("Plaintiff") Motion to Vacate. (ECF No. 108.) Defendants Sherwood Partners, LLC and Defendants Dhando Investments, Inc., Robert Hoffer, Newforth Partners, LLC ("Defendants") have each filed a Response. (ECF Nos. 110; 111.)

Having reviewed the Parties' materials, it is hereby ORDERED:

1.     Plaintiff's Motion to Vacate is GRANTED;

2.     Any Party desiring to file a Response to a Notice of Intent to File a Motion for Summary Judgment must do so no later than **July 3, 2013**;[1]

---

[1] The Court notes that Plaintiff did not file a Notice of Intent to File a Motion of Summary Judgment by the deadline of May 28, 2013. Accordingly, Plaintiff is now precluded from filing any such dispositive motion despite the re-scheduling of the above dates.

3. The Parties shall attend a Rule 16(c)(2)(E) Conference on **July 11, 2013 at 9:30 a.m. in Courtroom A801**, unless prior to that day the Court vacates such Conference;

4. In order to accommodate the above schedule and procedures, the Court extends the dispositive motion deadline to **July 26, 2013.**

Dated this 4th day of June, 2013.

BY THE COURT:

William J. Martínez
United States District Judge