IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

    Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual,

    Defendants.

## ORDER RE: SANCTIONS

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to this Court's order granting in part Defendants' Motion to Compel and for Sanctions [docket #129], defense counsel has timely filed an affidavit setting forth a summary of his and his associate's experience and a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees claimed for Defendants' preparation of the motion [docket #137]. Although provided the opportunity to do so, Plaintiff did not file any objections to the affidavit. The Court finds that Mr. Onsager's hourly rate ($305.00) and Mr. Johnson's hourly rate ($220.00) are reasonable and that the total time necessary (4.1 hours) to research and prepare an 8-page motion containing approximately 160 pages of attachments is appropriate.

WHEREFORE, the Court ORDERS that Plaintiff be sanctioned in the amount of $1,140.00, to be paid to counsel for the Defendant Sherwood Partners, LLC as a reasonable sanction of

attorney's fees.  This amount shall be paid no later than August 30, 2013.  Counsel for Plaintiff shall file a Notice of Compliance with Order re: Sanctions **on or before September 6, 2013**.

Dated at Denver, Colorado this 6th day of August, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge