### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 12-cv-00682-WJM

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

    Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
TIM COX,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER,

    Defendants.

---

### ORDER GRANTING NOTICE OF DISMISSAL

---

This matter is before the Court on Plaintiff Digital Advertising Displays Inc, ("Plaintiff") Notice of Voluntary Dismissal ("Notice"). (ECF No. 145.) Defendants Sherwood Partners, LLC and Defendants Dhando Investments, Inc., Robert Hoffer, Newforth Partners, LLC ("Defendants") do not oppose the Notice. The Court further notes that the during the course of the Rule 16(c)(E)(2) Conference dated July 30, 2013, counsel for each of the Defendants stipulated to the dismissal of Plaintiff's claims below.

Having reviewed the Notice—and given the Parties' stipulation at the Rule 16c)(2)(E) Conference—it is hereby **ORDERED** that the following claims are **DISMISSED WITH PREJUDICE** pursuant to Rule 41(2) of the Federal Rules of Civil Procedure **as applied** to the following Defendants:

    1.    the first claim for relief as it applies to Defendant Dhando;

2. the third claim for relief as it applies to Defendant Dhando;

3. the third claim for relief as it applies to the enterprise offering claims against Defendants Newforth and Hoffer;

4. the third claim for relief as it applies to Defendant Cox;

5. the fourth claim for relief as it applies to Defendants Newforth and Hoffer;

6. the seventh claim for relief;

7. the eighth claim for relief;

8. the ninth claim for relief as it applies to Defendant Newforth; and,

9. the tenth claim for relief as it applies to Defendant Newforth.

Dated this 23rd day of August, 2013.

BY THE COURT:

William J. Martínez
United States District Judge