IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

    Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2013.**

    Plaintiff's Motion to Reschedule Pretrial Conference [filed October 15, 2013; docket #173] is **granted in part and denied in part**.  The Final Pretrial Conference currently set for October 23, 2013 is **converted** to a Status Conference.  After hearing from the parties, the Court will determine when to schedule the Pretrial Conference.