**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-0682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation

    Plaintiff,

v.

SHERWOOD PARTNERS, LLC, a California limited liability company,
TIM COX, an individual,
NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS
CERTAIN PARTIES**

---

This matter comes before the Court on Plaintiffs and Defendants Sherwood Partners, LLC and Tim Cox's' Stipulated Motion to Dismiss filed November 6, 2013 (ECF No. 186).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  Plaintiff's claims against Sherwood Partners, LLC and Tim Cox are hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 6th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge