IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

    Plaintiff,

v.

NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual,

    Defendants.

## ORDER RE: SANCTIONS

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to this Court's order awarding Defendant Robert Hoffer his costs and attorney's fees reasonably incurred in filing the Motion to Restrict Access Pursuant to Local Rule 7.2 [*see* docket #221], defense counsel have timely filed affidavits setting forth a summary of their relevant qualifications and experience, a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees claimed for Defendant's preparation of the motion to restrict, as well as for conferral with Plaintiff's counsel and preparation of the motion for sanctions. Docket #222.

The Court did not approve a sanction for attorney time in drafting and preparing the motion for sanctions; therefore, the Court will award no fees for time submitted by Brent Owen in this matter. However, James Wooll and Colby Springer were involved in discussions leading up to drafting the motion to restrict and Mr. Springer drafted the motion itself. Considering these counsels' background and experience, the Court finds that the hourly rates of $350.00 for Mr.

Springer and $275.00 for Mr. Wooll are reasonable for the tasks performed and under the circumstances presented in this case.

The Court further finds reasonable a total of one hour each spent by defense counsel in communicating with Plaintiff's counsel on November 21-22, 2013, and 1.4 hours for preparing and drafting the seven-page motion to restrict access. *See* Declaration of Colby B. Springer, ¶ 12, docket #222-2; Declaration of James L. Wooll, ¶ 7, docket #222-3. Therefore, pursuant to Fed. R. Civ. P. 37(a)(5)(A), the Court will order Plaintiff's counsel to pay a total of $275.00 for Mr. Wooll's time and $840.00 for Mr. Springer's time as a sanction for his dilatory conduct as set forth in this Court's January 10, 2014 order.

THEREFORE, the Court ORDERS that Plaintiff's counsel, Paul Gordon, be sanctioned in the total amount of $1,115.00, to be paid to counsel for Defendant as a reasonable sanction of attorney's fees expended for email communications and preparation of the motion to restrict access. This amount shall be paid no later than February 21, 2014. Counsel for Plaintiff shall file a Notice of Compliance with Order re: Sanctions **on or before February 28, 2014**.

Dated at Denver, Colorado this 29th day of January, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge