IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00682-WJM-MEH

DIGITAL ADVERTISING DISPLAYS, INC., a Colorado corporation,

    Plaintiff,

v.

NEWFORTH PARTNERS, LLC, a California limited liability company,
DHANDO INVESTMENTS, INC., a Delaware corporation, and
ROBERT HOFFER, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2014.**

    For good cause shown, the Motion to Withdraw as Counsel of Record to Defendants Newforth Partners, LLC, Dhando Investments, Inc. and Robert Hoffer [filed December 3, 2014; docket #258] is **granted**. Mr. Wooll's representation of the Defendants in this case is **terminated**. Defendants continue to be represented by counsel at the firm of Lewis Roca Rothgerber LLP.